# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| ALEXANDRIA MOSNESS, | ) | CASE NO. 3:20-CV-308-DJH |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| USAA SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexandria Mosness and Defendant USAA Savings Bank stipulate that the above-entitled action by Plaintiff is dismissed with prejudice and each party to bear its or her own fees and costs.

Respectfully submitted,

*/s/ Randall L. Saunders*
Randall L. Saunders (KY Bar No. 90911)
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3507
Facsimile: (304) 526-3599
*Attorneys for Defendant USAA Savings Bank*


*/s/ Joseph E. Blandford, Jr.*
Joseph E. Blandford, Jr.
1387 S. Fourth Street
Louisville, KY 40208
Telephone: 502-636-4615
Facsimile: 502-634-9119
Email: jeblaw@bellsouth.net
*Attorney for Plaintiff Alexandria Mosness*

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| ALEXANDRIA MOSNESS, | ) | CASE NO. 3:20-CV-308-DJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| USAA SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorney hereby certifies that the foregoing ***"Joint Stipulation of Dismissal with Prejudice"*** was filed electronically with the Clerk of the Court through the CM/ECF System which will send electronic notification of the filing to the below participants on the 8th day of September, 2021.

      Joseph E. Blandford, Jr.
      1387 S. Fourth Street
      Louisville, KY 40208

      *Counsel for Plaintiff Alexandria Mosness*

      */s/ Randall L. Saunders*